**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Gerard COLEMAN, Defendant–Appellant.**

**No. 09–30964
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 17, 2010.

Emily Katherine Greenfield, Helen Diane Copes, Esq., Assistant U.S. Attorney,

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Stephen Andrew Higginson, Assistant U.S. Attorney, U.S. Attorney's Office, New Orleans, LA, for Plaintiff–Appellee.

Robin Elise Schulberg, Assistant Federal Public Defender, George Chaney, Jr., Federal Public Defender's Office, New Orleans, LA, for Defendant–Appellant.

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Gerard Coleman has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Coleman has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.